[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCT 12, 2006
THOMAS K. KAHN
CLERK

No. 06-13138
Non-Argument Calendar

D. C. Docket No. 04-00194-CV-FTM-33DNF

ALLEN WALBURN,

Plaintiff-
Counter-Defendant-
Appellant,

versus

CITY OF NAPLES, FLORIDA,
a political subdivision of the State of Florida,

Defendant-
Counter-Claimant-
Appellee.

Appeal from the United States District Court
for the Middle District of Florida

**(October 12, 2006)**

Before TJOFLAT, DUBINA and HULL, Circuit Judges.

PER CURIAM:

We find no abuse of discretion in the district court's denial of appellant's

Fed. C. Civ. P. 60(b) motion for relief from judgment.

AFFIRMED.